IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | 2:11-CR-026 |
| | § | |
| DANE TAYLOR CLARK | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING DEFENDANT'S MOTION TO SUPPRESS

On September 9, 2011, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to suppress filed by defendant DANE TAYLOR CLARK be denied. On September 14, 2011, defendant filed objections to the Report and Recommendation. As of this date, the government has not submitted any response to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Defendant's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed by defendant is DENIED.

IT IS SO ORDERED.

ENTERED this __15th__ day of September, 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT